JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO HERNANDEZ, et al., | **Case No: 5:18-cv-02422-ODW (KKx)** |
| Plaintiff, | **ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE [42]** |
| v. | |
| JOHNSON & JOHNSON CONSUMER, INC.. | |
| Defendant. | |

1

Pursuant to Plaintiff's Notice of Voluntary Dismissal (ECF No. 42) and Federal Rule of Civil Procedure 41(a)(2):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED** without prejudice; and
2. All dates and deadlines in this action are **VACATED** and taken off calendar.
3. Defendant's Motion to Dismiss is **DENIED AS MOOT**. (ECF No. 21.)

**IT IS SO ORDERED**.

May 16, 2019

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**